IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 21-cv-02865-RM-STV

SEBO AMERICA, LLC,

    Plaintiff,

v.

PHAN TRAN PHONG,

    Defendant.

---

**AMENDED[1] ORDER ON PLAINTIFF'S MOTION FOR RELEASE OF FUNDS**

---

This matter is before the Court on the Plaintiff's Motion for Release of Funds Paid for Temporary Restraining Order. (ECF No. 25.) The Plaintiff seeks the release of funds in the amount of $5,000 deposited by SEBO America into the Court Registry on November 1, 2021. (ECF No. 16) in light of the Notice of Voluntary Dismissal of Case Pursuant to Fed. R. Civ. P. 41(a) (ECF No. 23). Being otherwise fully advised, the Court ORDERS as follows:

(1) That the Motion for Release of Funds Paid for Temporary Restraining Order (ECF No. 25) is GRANTED; and

(2) That the Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $5,000.00, made payable to "SEBO America, LLC." The check shall be mailed to Plaintiff's counsel: Sturman Law, LLC, 8700 E. Jefferson Ave. #371706, Denver, Colorado 80237.

DATED this 28th day of December, 2021.

                                BY THE COURT:

                                RAYMOND P. MOORE
                                United States District Judge

---

[1] The Court's previous Order (ECF No. 26) erroneously included "and Stipulation for Dismissal With Prejudice." This case was previously dismissed at ECF No. 24.